1  KENNETH A. FEINSWOG
2  kfeinswog@aol.com
   Bar No. 129562
3  400 Corporate Pointe, Suite 300
4  Culver City, California 90230
   Telephone:  (310) 846-5800
5  Facsímile:   (310) 846-5801
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9              FOR THE CENTRAL DISTRICT
                     OF CALIFORNIA
10

11 ------------------------------------------------------X   CIVIL ACTION NO.
   BRAVADO INTERNATIONAL GROUP                               12-CV-00505-MMM-MANx
12 MERCHANDISING SERVICES, INC.
13                                                           [**PROPOSED**]
                                                             **ORDER OF DISMISSAL**
14                    Plaintiff,                             **WITHOUT PREJUDICE**
15                                                           **AND PERMANENT**
                      -against-                              <u>**INJUNCTION**</u>
16
17
18 APEX SPECIALTIES, INC., JENNIFER
   MURPHY and TODD MURPHY,
19
20                    Defendants.
21 ------------------------------------------------------X

22         The parties having stipulated to the entry of a permanent injunction and the
23 dismissal of the above-referenced action without prejudice:
24
25         IT IS HEREBY ORDERED that:
26         1.    A permanent injunction is hereby entered permanently enjoining
27 defendants Apex Specialties, Inc., Jennifer Murphy and Todd Murphy and parties
28 acting in concert with them from advertising, selling, manufacturing and/or

                                          1

distributing any merchandise bearing the names, trademarks and/or likenesses of the musical performers known as Green Day, Axl Rose, ZZ Top, ABBA, Lady Gaga, Justin Bieber, Metallica, Michael Jackson, Guns N' Roses, Avenged Sevenfold, Red Hot Chili Peppers, Black Sabbath, Queen and The Rolling Stones and/or anything confusingly similar thereto.

    2.    This action is dismissed without prejudice with the Court retaining jurisdiction to adjudicate any violations of the Permanent Injunction and any breaches of the settlement agreement entered into by the parties.

Date: <u>January 15, 2014</u>

_____
THE HONORABLE MARGARET M. MORROW